122 A.3d 1035

Ronald WILLIAMS, Petitioner

v.

COURT OF COMMON PLEAS PHILADELPHIA COUNTY, Respondent.

No. 90 EM 2015.

Supreme Court of Pennsylvania.

Sept. 18, 2015.

## ORDER

PER CURIAM.

AND NOW, this 18th day of September, 2015, the Application for Leave to File Original Process is **GRANTED,** and the

652

Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**